United States District Court
Southern District of Texas
**ENTERED**
February 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DISTRICT

| | | |
|---|---|---|
| MARITES P. VOCES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PETER JORGE E. VOCES, DECEASED, AND AS NEXT FRIEND OF J.M., M.J.V., M.P.V., AND P.V., MINOR CHILDREN | § § § § § § | |
| VS. | § § | CIVIL ACTION NO.: 4:14-CV-525 |
| ENERGY RESOURCE TECHNOLOGY, G.O.M., L.L.C. and TALOS ENERGY L.L.C. | § § § § | |

**ORDER ON DEFENDANTS TALOS ENERGY, L.L.C. AND ENERGY RESOURCE TECHNOLOGY GOM, L.L.C.'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, EXTEND THE REPLY DEADLINE AND EXCEED 5 PAGES**

The court considered Defendant's Motion to Extend the response deadline and exceed page limit. The Court grants Defendants' motion, ~~Defendants' Reply to [55] Plaintiffs' Response to Defendants' Motion for Summary Judgment will be due by December 4, 2015~~ and it may exceed five pages.

Signed  FEB 1 8 2016 .

The Honorable Alfred H. Bennett
United States District Judge