United States District Court
Southern District of Texas
**ENTERED**
April 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARITES VOCES, § § Plaintiff, § VS. § § ENERGY RESOURCE TECHNOLOGY, § G.O.M., L.L.C., *et al*, § § Defendants. § § | CIVIL ACTION NO. 4:14-CV-525 |

**FINAL JUDGMENT**

The Court, having previously granted Defendants, Talos Energy L.L.C. and Energy Resource Technology G.O.M., L.L.C.'s Motion for Summary Judgment as to Plaintiffs, Marites P. Voces, Individually and on Behalf of the Estate of Peter Jorge E. Voces, Deceased, and as Next Friend of J.M., M.J.V., M.P.V., and P.V., Minor Children's causes of action against Defendants, now enters a Final Judgment dismissing all of Plaintiffs' claims asserted in this litigation against Defendants, Talos Energy L.L.C. and Energy Resource Technology G.O.M., L.L.C. in their entirety and all of the causes of action asserted by Plaintiffs against Defendants are dismissed with prejudice. All costs will be taxed to Plaintiffs.

The Court, previously dismissed Defendants', Talos Energy L.L.C. and Energy Resource Technology G.O.M., L.L.C.'s Third Party Complaint against Offshore Specialty Fabricators, L.L.C., with prejudice by way of compromise on October 26, 2015 (Document No. 52) and incorporates that dismissal in this Final Judgment.

It is so ORDERED.

APR 2 7 2016
_____
Date

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE