# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

AUG 2 1 2017

David J. Bradley, Clerk of Court

No. 16-20611

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2017

Lyle W. Cayce
Clerk

D.C. Docket No. 4:14-CV-525

MARITES VOCES, Individually and on behalf of the Estate of Peter Jorge Voces, Deceased, & A/N/F J.V., M.V., M.P.V. and P.V., Minor Children,

Plaintiff - Appellant

v.

ENERGY RESOURCE TECHNOLOGY, G.O.M., L.L.C.; TALOS ENERGY, L.L.C.,

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before KING, PRADO, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Aug 21, 2017**

Attest:    *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 21, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 16-20611    Marites Voces v. Energy Resrc Technol, GOM,
                   LLC, et al
                   USDC No. 4:14-CV-525

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          James deMontluzin, Deputy Clerk
                          504-310-7679

cc:
      Ms. Laura Elizabeth Avery
      Mr. Robert D. Brown
      Mr. Robert Edward Freehill Jr.
      Mr. Ryan Rosser Cordell Hicks
      Mr. George Burton Jurgens III